UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Cr. No. 11-cr-150-01-03-JL

<u>Joshua Bixby, et al.</u>

O R D E R

The Order dated April 6, 2012 denying without prejudice Defendant's Motion to Continue Trial for 60 days is vacated. The Motion is granted based on good cause shown in the April 11, 2012 chambers conference. A further Final Pretrial is scheduled for June 26, 2012 at 11 AM; Trial is continued to the two-week period beginning July 10, 2012, 9:30 AM.

Defendant Bixby shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: April 11, 2012

cc: Donald Kennedy, Esq.
    Theodore Lothstein, Esq.
    Jonathan Cohen, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation